

Lauren M. Paxton, Esq.
908-964-2453
lpaxton@olenderfeldman.com
*Please respond to New Jersey address*

May 14, 2018

<u>Via CM/ECF</u>
Honorable Steven C. Mannion, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room MLK 2B
Newark, New Jersey 07101

      Re:    <u>Strategic Delivery Solutions, LLC v. Stallion Express, LLC, et als.</u>
             <u>Civil Action No.: 18-8779</u>

Dear Judge Mannion:

      The undersigned firm represents Strategic Delivery Solutions, LLC, Plaintiff in the above-referenced civil action.  In consultation with counsel for the Defendants in the above-referenced matter, Benesch, Friedlander, Coplan & Aronoff LLP, the undersigned respectfully requests entry of the enclosed Stipulation and Order Regarding Discovery and Related Relief, to govern the Parties' agreed-upon expedited exchange of documents in advance of the Initial Conference before Your Honor on May 31, 2018, and as expressly permitted by Judge's Arleo's Temporary Restraining Order dated May 8, 2018 (D.I. 16).

                                          Respectfully Submitted,

                                          */s/ Lauren M. Paxton*
                                          LAUREN M. PAXTON

cc:    All counsel on record (*Via CM/ECF*)

**New Jersey**
422 Morris Avenue
Summit, New Jersey 07901

**New York**
1180 Avenue of the Americas, 8th Floor
New York, New York 10036

olenderfeldman.com
fax: 908-810-6631