**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRATEGIC DELIVERY SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STALLION EXPRESS, LLC, TIMOTHY KRAVITZ, CHRISTOPHER SAHADI, JANE DOE(S) 1-3, and JOHN DOE(S) 1-3. <br><br> Defendants. | **Case No. 2:18-cv-08779-MCA-SCM** |

**STIPULATION AND ORDER REGARDING**
**DISCOVERY AND RELATED RELIEF**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Strategic Delivery Solutions, LLC ("SDS" or "Plaintiff"), and Defendants Stallion Express, LLC, Timothy Kravitz ("Kravitz"), and Christopher Sahadi ("Sahadi") (the "Stallion Defendants"), by and through the Parties' undersigned counsel, and pursuant to the Court's Temporary Restraining Order dated May 8, 2018 (D.I. 16), that SDS shall provide the Stallion Defendants with the sealed exhibits to the Verified Complaint, designated as Attorney's Eyes Only, pursuant to the Protective Order executed by the Parties on May 11, 2018, and, within five (5) days of receipt of same, each of the Stallion Defendants shall return any copies of the SDS documents contained in the sealed exhibits to SDS, and provide a certification that they will not use or disclose the SDS documents contained in the sealed exhibits, including to develop or customize Stallion's software systems.

By their signatures hereto, the undersigned hereby affirm that they have been authorized to consent to this Stipulation and the undersigned agree, on behalf of the Parties, that they will strictly adhere to the terms of this Stipulation and Order.

The Parties respectfully request the entry of this Stipulation and Order by the Court.

**IT IS on this 15 day of May, 2018, ORDERED, by the Court:**

_____
HON. STEVEN C. MANNION, U.S.M.J.

Dated: May___, 2018

The undersigned consent to the form, substance and entry of this Stipulation and Order:

| | |
|---|---|
| OLENDERFELDMAN LLP<br>Attorneys for Plaintiff | BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>Attorneys for Defendants |
| By: */s/Lauren M. Paxton*<br>    Lauren M. Paxton, Esq. | By: */s/Kevin M. Capuzzi*<br>    Kevin M. Capuzzi, Esq. |
| Dated: May 14, 2018 | Dated: May 14, 2018 |