BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel Meier (NJ No. 041942006)
Kevin M. Capuzzi (NJ No. 173442015)
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, New Jersey  07601-6323
Telephone:  302.442.7010
Facsimile:  302.442.7012
Email: dmeier@beneschlaw.com
          kcapuzzi@beneschlaw.com

*Attorneys for Defendants Stallion Express, LLC, Timothy Kravitz, and Christopher Sahadi*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRATEGIC DELIVERY SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>STALLION EXPRESS, LLC, TIMOTHY KRAVITZ, CHRISTOPHER SAHADI, JANE DOE(S) 1-3, and JOHN DOE(S) 1-3,<br><br>    Defendants. | **Case No.  2:18-cv-08779-MCA-SCM**<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

PLEASE TAKE NOTICE that, on December 12, 2018, the undersigned counsel for Defendants Stallion Express, LLC, Timothy Kravitz, and Christopher Sahadi served their *Supplemental Objections and Responses to Plaintiff's First Set of Request for Production of Documents Propounded Upon Stallion Express, LLC* upon the counsel of record for Plaintiff set forth below, via email:

   Lauren M. Paxton, Esquire
   OLENDERFELDMAN LLP
   422 Morris Avenue
   Summit, New Jersey 07901
   *Attorneys for Plaintiff Strategic Delivery Solutions, LLC*

Dated:  December 12, 2018  **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Kevin S. Capuzzi*
Daniel Meier (NJ No. 041942006)
Kevin M. Capuzzi (NJ No. 173442015)
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, New Jersey  07601-6323
Telephone:  302.442.7010
Facsimile:  302.442.7012
Email:  dmeier@beneschlaw.com
 kcapuzzi@beneschlaw.com

and

Joseph N. Gross (admitted *pro hac vice*)
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4163
Facsimile:  216.363.4588
Email:  jgross@beneschlaw.com

*Attorneys for Defendants Stallion Express, LLC, Timothy Kravitz, and Christopher Sahadi*

11775389 v1