## CERTIFICATE OF SERVICE

    I hereby certify that on December 12, 2018, a copy of the foregoing *Notice of Service of Discovery* was filed and served electronically via CM/ECF upon the counsel listed below.

Lauren M. Paxton, Esquire
OLENDERFELDMAN LLP
422 Morris Avenue
Summit, New Jersey 07901
*Attorneys for Plaintiff Strategic Delivery Solutions, LLC*

        */s/ Kevin M. Capuzzi*
    Kevin M. Capuzzi (NJ No. 173442015)

    *Attorneys for Defendants, Stallion Express, LLC,*
    *Timothy Kravitz, and Christopher Sahadi*

11776680 v1