> Per DE. 32 at ¶ 5, the parties are instructed to submit joint dispute letters, not formal motions. This motion is denied. The Court will address counsels' professionalism at the next conference.
>
> SO ORDERED
> s/Steven C. Mannion
> Steven C. Mannion, U.S.M.J.
> Date: 12/14/18

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Joseph N. Gross (Admitted *Pro Hac Vice*)
Daniel Meier (NJ No. 041942006)
Kevin M. Capuzzi (NJ No. 173442015)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, New Jersey 07601-6323

*Attorneys for Defendants Stallion Express, LLC, Timothy Kravitz, and Christopher Sahadi*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRATEGIC DELIVERY SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STALLION EXPRESS, LLC, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-08779-MCA-SCM<br><br>**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S DECEMBER 3, 2018 LETTER AND FOR SANCTIONS FOR *EX PARTE* COMMUNICATIONS WITH THE COURT**<br><br>**MOTION DAY: JANUARY 7, 2019** |

Defendants Stallion Express, LLC ("Stallion"), Timothy Kravitz ("Kravitz"), and Christopher Sahadi ("Sahadi" and, collectively with Stallion and Kravitz, "Defendants") respectfully move (this "Motion") the Court for the entry of an order (i) striking Plaintiff Strategic Delivery Solutions, LLC's ("Plaintiff") December 3, 2018 letter (D.I. 53) (the "Letter"), (ii) sanctioning Plaintiff for its *ex parte* communications with the Court and improper litigation tactics, and (iii) granting related relief. In support of this Motion, Defendants respectfully state as follows:

### PRELIMINARY STATEMENT

1. Plaintiff commenced this action to enjoin Defendants' supposed misappropriation of certain alleged proprietary documents belonging to Plaintiff. Plaintiff's Complaint identifies three such documents—a "Dispatch Management System ('DMS') User Guide, a SDS Mobile